UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERTO LIMA | : |
| Plaintiff, | : Civil Action No. 08-426 (FSH) |
| v. | : |
| NEWARK POLICE DEPT. et al., | : ORDER ON INFORMAL APPLICATION |
| Defendants | : |

This matter having come before the Court by way of letter dated November 26, 2009, regarding the schedule for the defense examination and the final pretrial conference in light of the dispute concerning the Rule 68 Offer of Judgment;

and the Court having reviewed the submission and the record of proceeding;

and the Hon. Faith S. Hochberg having vacated the offer of judgment, set a briefing schedule, and directed that all pretrial proceedings continue, see Order dated November 23, 2009;

and the parties therefore being required to complete the pretrial process, including the tasks associated with the Final Pretrial Conference;

IT IS THEREFORE on this 1st day of December, 2009

ORDERED that, unless plaintiff states he intends to withdraw his request for emotional distress damages, the plaintiff shall appear for his defense examination on **December 14, 2009 at 3:00 p.m.**;

IT IS FURTHER ORDERED that the responsive expert report shall be disclosed no later

than **December 21, 2009**.  Expert's depositions shall be completed no later than **January 8, 2010**;

      IT IS FURTHER ORDERED that the joint proposed final pretrial order shall be submitted to the Chambers of the Undersigned no later than **January 5, 2010 at 3:00 p.m.**  The Final Pretrial Conference shall take place on **January 15, 2010 at 10:00 a.m.**

   s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**